IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gilbert Castillo, Jr., | No. 19-cv-04905-RS |
| Plaintiffs, | |
| v. | **RECUSAL ORDER** |
| J.P. Morgan Chase Bank, N.A. | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: August 30, 2019

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE