**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for the Plaintiff*
PRO HAC VICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CASTILLO JR., <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. 4:19-cv-04905-HSG <br><br> ~~PROPOSED~~ **ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** |

Plaintiff, Gilbert Castillo Jr., through counsel, having filed with this court his Unopposed Motion for Leave to Appear by Telephone at the Case Management Conference, and the Court having reviewed the same, hereby ORDERED:

1. Plaintiff's motion is granted. Plaintiff's counsel may appear by telephone for the Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: __11/20/2019__  _____
                         JUDGE, UNITED STATES DISTRICT COURT

1