**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for the Plaintiff*
*PRO HAC VICE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GILBERT CASTILLO JR.,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 4:19-cv-04905-HSG

**PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE HEARING ON PLAINTIFF'S MOTION TO DISMISS**

Plaintiff, Gilbert Castillo Jr., through counsel, having filed with this court his Unopposed Motion for Leave to Appear by Telephone at the Hearing on Plaintiff's Motion to Dismiss, and the Court having reviewed the same, hereby ORDERED:

1. Plaintiff's motion is denied. Plaintiff's counsel may appear by telephone for the hearing on Plaintiff's Motion to Dismiss Defendant's Counterclaim.

Dated: _____1/10/2020_____     _____
                                                JUDGE, UNITED STATES DISTRICT COURT

*[DENIED stamp, signed by Judge Haywood S. Gilliam Jr., United States District Court, Northern District of California]*