**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for the Plaintiff*
PRO HAC VICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CASTILLO JR., <br><br>  Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE BANK, N.A., <br><br>  Defendant. | Case No. 4:19-cv-04905-HSG <br><br> [Assigned to Hon. Haywood S. Gilliam, Jr.] <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A.**; ORDER |

| | |
|---|---|
| 1 | IT IS STIPULATED AND AGREED, by and between defendant JPMorgan Chase Bank, N.A. ("JPMC"), and plaintiff Gilbert Castillo Jr. ("Plaintiff" and, together with JPMC, the "Parties") through their respective counsel: |

IT IS STIPULATED AND AGREED, by and between defendant JPMorgan Chase Bank, N.A. ("JPMC"), and plaintiff Gilbert Castillo Jr. ("Plaintiff" and, together with JPMC, the "Parties") through their respective counsel:

1. That the claims asserted by Plaintiff against JPMC in this action be dismissed with prejudice; and

2. The Parties shall bear their own attorneys' fees and costs.

Dated: March 30, 2020

SULAIMAN LAW GROUP, LTD.
JAMES C. VLAHAKIS

By: /s/ James C. Vlahakis
James C. Vlahakis

Attorney for Plaintiff
GILBERT CASTILLO JR.

Dated: March 30, 2020

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
SHERI GUERAMI

By: /s/ Arjun P. Rao (with consent)
Arjun P. Rao

Attorneys for Defendant
J.P. MORGAN CHASE BANK, N.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/31/2020

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

1